## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN CARTER ROSEN, by and through his guardian JOAN ROSEN, | ) ) ) ) | CASE NO. 8:07CV173 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the application to proceed in forma pauperis (Filing No. 2) presented by Plaintiff John Carter Rosen, by and through his guardian Joan Rosen, and filed by counsel.

IT IS ORDERED:

1. The Plaintiff's application to proceed in forma pauperis (Filing No. 2) is granted, and the filing of the Complaint shall not incur any payment of fees;

2. If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from the plaintiff or security therefor.  In making such a request, plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the Complaint; and

3. This Order is entered without prejudice to the Court later entering an order taxing costs in this case.  No one, including the Plaintiff, is relieved by this Order from the obligation to pay or to reimburse taxable costs after the completion of this action.

DATED this 5th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge