IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN CARTER ROSEN, by his Guardian, | ) ) ) | CASE NO. 8:07CV173 |
| Plaintiff, | ) ) ) | ORDER |
| V. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time to file a brief in support of the appeal. The Plaintiff seeks an additional 60 days. The Defendant does not oppose the motion. For good cause shown,

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 15) is granted;

2. Plaintiff shall file his brief in support of the appeal on or before Friday, November 16, 2007;

3. Defendant shall file his brief in opposition to the appeal on or before Monday, December 17, 2007.

DATED this 17th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge