IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN CARTER ROSEN, by his Guardian,<br><br>        Plaintiff,<br><br>    V.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, ALBERTO GONZALES, and MICHAEL G. HEAVICAN,<br><br>        Defendants. | CASE NO. 8:07CV173<br><br><br>ORDER |

This case is before the Court on the Defendant Commissioner's Motion for an Extension of Time. The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 19) is granted; and

2. The Defendant Michael J. Astrue shall file his brief in response to the Plaintiff's brief on or before Wednesday, January 16, 2008.

DATED this 19th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge