IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN CARTER ROSEN, by his Guardian, | CASE NO. 8:07CV173 |
| Plaintiff, | |
| V. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, et al, | |
| Defendants. | |

IT IS ORDERED:

1. The Defendant's unopposed motion for an extension of time in which to file his brief (Filing No. 21) is granted; and

2. The Defendant's brief shall be filed on or before February 15, 2008.

DATED this 28th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge